379 A.2d 575

Commonwealth v. Aikens, Appellant.

Submitted April 2, 1976. David Cohen, for appellant; Steven H. Goldblatt, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.